USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/04/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
Vigilant Ins. Co  Plaintiff(s),

-against-                           08 Civ. 9131 (DAB)
                                         ORDER
M/V Zim Norfolk, et al

                  Defendant(s).
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

Upon the request of the parties, it is hereby ORDERED that the parties shall be referred to the Court Sponsored Mediation Program piloted by the distinguished Mr. George O'Malley.

It is FURTHER ORDERED that the parties shall provide a status report to the Court immediately upon completion of mediation.

SO ORDERED

DATED:   New York, New York
         July 31, 2009

                              _____
                              DEBORAH A. BATTS
                              United States District Judge